H. Vincent McLaughlin, SBN 106071
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:   (916) 504-0529
Facsimile:    (916) 727-6877
Email:          vmclaughlin@gavrilovlaw.com

Attorneys for Defendant
SAWATDEE LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAWATDEE LLC, a California limited liability company,<br><br>　　　　　　Defendant | Case No.  2:21-CV-01352-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>Action Filed:  July 29, 2021<br>**Trial Date: None Set** |

## **STIPULATION**

WHEREAS, Plaintiff filed his Complaint in the above-entitled action on July 29, 2021;

WHEREAS, Defendant acknowledges being served with the Summons and Complaint on August 29, 2021, and a responsive pleading is due to be filed on or before October 5, 2021; and

WHEREAS, there is good cause for the extension because Plaintiff and Defendant would benefit from additional time to continue their negotiations regarding a possible resolution of the litigation.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties through

their respective counsel, pursuant to Local Rule 144(a), that the new deadline for Defendant SAWATDEE LLC to file a responsive pleading shall be October 20, 2021.

**SO STIPULATED.**

Dated: October 5, 2021.   **CENTER FOR DISABILITY ACCESS**

/s/ Amanda Seabock

Amanda Seabock
Attorneys for Plaintiff
BRIAN WHITAKER

Dated: October 5, 2021.   **GAVRILOV & BROOKS**

/s/ H. Vincent McLaughlin

H. Vincent McLaughlin
Attorney for Defendant
SAWATDEE LLC

IT IS SO ORDERED.

Dated: October 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE